UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                        Case No. 2:21-cv-188-JLB-MRM

MICHAEL MCVAY,

    Defendant.
_____

## **ORDER**

The United States of America has filed a notice of voluntary dismissal with prejudice. (Doc. 14.) The notice is self-executing. Fed. R. Civ. P. 41 (a)(1)(A)(i); <u>Matthews v. Gaither</u>, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam). The Clerk of Court is **DIRECTED** to close the file.

**ORDERED** in Fort Myers, Florida, on May 25, 2021.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE